**Order entered November 1, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00541-CV

**AAA COOPER TRANSPORTATION AND XTRA LEASE, LLC, Appellants**

**V.**

**OLYNTHUS M. DAVIS AND PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-10773**

## ORDER

Before the Court is appellee Olynthus M. Davis's October 31, 2018 unopposed third motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 7, 2018. We caution that further extension requests will be disfavored.

/s/    DAVID EVANS
JUSTICE
